UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| ROBERT L. ERICKSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 3:16-CV-03015-KES<br><br><br>JUDGMENT |

Plaintiff moves to voluntarily dismiss the present action. Docket 16. Good cause appearing, it is

ORDERED, ADJUDGED, AND DECREED that the above-titled action is dismissed.

DATED this 24th day of March, 2017.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE